UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| JEFFREY ALAN WEISHEIT, Petitioner, | ) | |
| v. | ) | No. 4:19-cv-00036-SEB-KMB |
| RON NEAL Superintendent, Indiana State Prison, Respondent. | ) | |

**Order**

Petitioner Jeffrey Weisheit currently is set to be executed by the State of Indiana before sunrise on Thursday, November 5, 2026. Mr. Weisheit has filed a motion seeking an order compelling Respondent to transport him to a medical facility in Michigan City to undergo a MRI and PET scan of his brain, in anticipation of filing a clemency application. Dkt. 151. Respondent is directed to respond to this motion no later than **October 16, 2026**. The Court will rule on the motion promptly after receiving the response.

**IT IS SO ORDERED.**

Date: 9/25/2026

Sarah Evans Barker

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email